UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWAINE THOMPSON,<br><br>        Plaintiff,<br><br>  -against-<br><br>DETECTIVE JAMES QUILITY, ET AL.,<br><br>        Defendants. | 23-CV-3170 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 17, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: July 17, 2023
    New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                 Chief United States District Judge